**Order entered January 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01573-CV

**KENNETH GUARINO AND CAPITAL VIDEO CORPORATION, Appellants**

**V.**

**11327 REEDER ROAD, INC., Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-11-04197**

## ORDER

Before the Court is appellants' January 11, 2013 second motion to extend time to file appellants' brief. Appellants' motion is **GRANTED**. Appellants' brief shall be filed on or before February 8, 2013. Appellants are cautioned that no further extensions will be granted absent extraordinary circumstances.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE